Certificate Number: 16339-PAE-DE-036405428

Bankruptcy Case Number: 16-18913



16339-PAE-DE-036405428

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 17, 2022</u>, at <u>11:14</u> o'clock <u>AM EDT</u>, <u>Luz Ramos</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  March 17, 2022            By:  /s/Kelley Tipton

                                 Name: Kelley Tipton

                                 Title: Certified Financial Counselor